UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-47 |
| LLOYD J. BADEAUX | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER AND REASONS ON MOTION

Defendant Lloyd J. Badeaux's Motion to Suspend and Reconsider Remainder of Sentence is pending before me in this matter. Record Doc. No. 27. Specifically, Badeaux requests that the remainder of his prison sentence be suspended and that he be given credit for time served.

By order dated September 3, 2015, I required the United States to file its written opposition to the motion, if any, no later than September 10, 2015. Record Doc. No. 28. The United States failed to file any opposition. Accordingly, defendant's motion is deemed to be unopposed, and it is GRANTED for that reason.

Specifically, in light of the worsening medical conditions reflected in the motion papers, the fact that defendant has already served more than half the imposed jail sentence, and that his jail sentence would be almost fully completed by now, but was delayed through no fault of defendant, who timely appeared to begin his service but was prevented from doing so by unduly ponderous government bureaucracy, defendant's jail sentence is hereby reduced to time already served, and it is deemed to be completed.

However, the non-jail component remainder of the sentence, requiring defendant to attend six hours of wildlife education and make three public appearances to discuss this training, all at the direction of the appropriate government agency, remains in place.

Both the Marshal and the Probation Officer are hereby directed immediately to contact both the Bureau of Prisons and the Warden of the Nelson Coleman Correctional Center and advise them of this order so that no further bureaucracy related errors are made in connection with this matter.

New Orleans, Louisiana, this ___14th___ day of September, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
Defendant, All Counsel of Record,
Chief United States Probation Officer Kito Bess
Deputy United States Marshal Frances Niolon